DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CYNTHIA KAY ALDAY,

Appellant,

v.

DAVID ALDAY,

Appellee.

No. 2D2024-1394

_____

March 18, 2026

Appeal from the Circuit Court for Manatee County; Janette Dunnigan, Judge.

Cynthia Kay Alday, pro se.

Angela D. Flaherty of Flaherty Law Firm, Sarasota, for Appellee.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.